■ The People of the State of New York, Plaintiff, v Karl Gooden, Defendant. [23 NYS3d 902]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered June 24, 1986.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Dillon, J.P., Hall, Roman and Duffy, JJ., concur.